## Haywood, Appellant, *v.* Berube, et al.

Before SHUGHART, P. J., specially presiding, without a jury.

Argued December 12, 1975. *Norman L. Levin,* with him *Jeffrey L. Snook,* and *Brugler & Levin,* for appellant; *Robert B. Campbell,* with him *Nelson, Campbell & Levine,* for appellees.

Order affirmed.